[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  13-10957

_____

D.C. Docket No. 3:10-cv-00325-RBD-JBT

MICHAEL V. TORELLI,

Plaintiff-Appellant,

KAREN TORELLI, his wife,

Plaintiff,

versus

UNITED STATES OF AMERICA,

Defendant-Appellee,

SULLIVAN JOINT TRUST,

Defendant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(September 24, 2013)

Before MARCUS, HILL and KRAVITCH, Circuit Judges.

PER CURIAM:

Having reviewed the record and considered the arguments of the parties in their briefs, we affirm the district court in all respects related to this appeal for the reasons stated by the district court.

**AFFIRMED.**